United States District Court
Southern District of Texas
**ENTERED**
April 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THEDRAKEISGOOD, LLC, *et al.*, | § § | |
| Plaintiffs, | § § | |
| V. | § | CIVIL ACTION NO. H-16-0700 |
| MEDEROS CIGARS, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On March 16, 2016, plaintiffs' counsel filed this case. It is a duplicate of Civil Action No. H-16-0651, pending before Judge Melinda Harmon. The filing fee was paid. Plaintiffs' counsel has notified the court of this error and asked to have this case closed and the duplicate filing fee reimbursed. The request is granted and this case is closed. The Finance Office will issue a reimbursement of the 400.00 filing fee.

SIGNED on April 25, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge